IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL R. COTTER, | |
| Plaintiff, | |
| v. | Case No.: 2:10-CV-04277-NKL |
| MILLER COUNTY AMBULANCE DISTRICT, ET AL | |
| Defendants. | |

## MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through counsel and pursuant to F.R.C.P. 41(a)(2), and as the parties have entered into a mutually acceptable settlement agreement concerning the issues raised in Plaintiff's First Amended Complaint, Plaintiff moves the Court for an Order dismissing this action WITH PREJUDICE.

Respectfully submitted,

*/s/ Blake P. Green*
Mitchell L. Burgess   MO #47524
Blake P. Green         MO #60833
BURGESS & LAMB PC
(816) 471-1700
Fax: (816) 471-1701
1000 Broadway, Suite 400
Kansas City, MO 64105
blake@burgessandlamb.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I herby certify that on October 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to following:

>Jane C. Drummond, #50999
>SCHREIMANN, RACKERS,
>FRANCKA & BLUNT, L.L.C.
>2316 St. Mary's Blvd.
>Suite 130
>Jefferson City, MO 65109
>573-634-7580
>573-635-6034 (facsimile)
>cpr@srfblaw.com
>jcd@srfblaw.com


*s/ Blake P. Green*
**ATTORNEYS FOR PLAINTIFF**